# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TOMMY LEE DUNLAP, JR.,**

    **Plaintiff,**

**vs.**                         **CASE NO. 4:09cv24-MP/WCS**

**SHERIFF WILLIAMS, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk.  In an order filed January 26, 2009, Plaintiff was directed to supplement his IFP motion with his inmate bank statement.   Because Plaintiff's copy of that order was returned undelivered to the clerk and Plaintiff notified the court of a change in his address, another order was entered directing the clerk to re-mail a copy of the order to his new address and changed his deadline for filing the IFP information to May 11, 2009.  Plaintiff was also specifically warned of dismissal if he failed to respond to that order.  To date, Plaintiff has not filed a response and the last orders mailed to his new address have not been returned undelivered.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Plaintiff has failed to comply with an order or to prosecute this case, his complaint should now be dismissed without prejudice.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on May 19, 2009.

>       s/ William C. Sherrill, Jr.
>       WILLIAM C. SHERRILL, JR.
>       UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.