IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TOMMY LEE DUNLAP, JR,

    Plaintiff,

v.                                                   CASE NO. 4:09-cv-00024-MP-WCS

HIGHTOWER, INGRAM, RICHARD JOHNSON, G HULAM MOHAMMED, RUDOLPH PARKER, SCOTT WELCH, LE BUMMY WILLIAMS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice for failure to respond to various orders of the Court and to keep the Court apprised of a current address. The undersigned agrees that dismissal of this case is appropriate. It is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This case is dismissed without prejudice, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *18th*  day of November, 2009



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge